# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 8, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153753(36)

BRENDA HELLENGA, Personal Representative
of the Estate of EDWARD HILTON,
        Plaintiff,

v

SELECT SPECIALTY HOSPITAL
KALAMAZOO, INC.,
        Defendant/Cross Plaintiff-Appellee,

v

JAMES McLACHLAN, M.D.,
        Defendant/Cross Defendant-Appellant.
_____/

SC: 153753
COA: 329243
Kalamazoo CC: 2010-000430-NH

      On order of the Chief Justice, the motion of defendant/cross defendant-appellant to extend the time for filing his reply is GRANTED. The reply will be accepted as timely filed if submitted on or before July 19, 2016.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 8, 2016



Clerk